ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAMION ROSS, | Case No. CV 12-10293 CJC (AN) |
|     Petitioner, | JUDGMENT |
|   v. | |
| JOHN KATAVICH, | |
|     Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order. All motions are denied as moot and terminated.

DATED: January 14, 2013

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY